# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CALVIN FITZGERALD TANNEHILL,** } | |
| } | |
| Petitioner, } | |
| } | |
| v. } | Case No.: **2:16-cv-08085-RDP** |
| } | **(2:07-cr-00115-RDP-SGC)** |
| **UNITED STATES OF AMERICA,** } | |
| } | |
| Respondent. } | |

## ORDER

This matter is before the court on the Motion to Vacate, Set Aside, or Correct Sentence filed by Petitioner Calvin Fitzgerald Tannehill pursuant to 28 U.S.C. § 2255. (Doc. # 1). For the reasons explained in the Memorandum Opinion entered contemporaneously herewith, Petitioner's Motion (Doc. # 1) is **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this April 24, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE